# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-921-FMO (AGR) | Date | May 15, 2018 |
| Title | Charles Keller Cooper, Jr. v. Unknown Deputy 1, et al. | | |

Present: The Honorable **Alicia G. Rosenberg, United States Magistrate Judge**

| Karl Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **In Chambers: ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CLOSED AS DUPLICATIVE**

On February 6, 2018, Plaintiff filed a civil rights complaint in this action against the Los Angeles County Sheriff's Department ("LASD"), Five Unknown Deputies and 1 Unknown Sergeant. The complaint has not yet been served.

In his complaint, Plaintiff alleges that he informed the Men's Central Jail booking doctor that he could not walk because he had been assaulted in the parking lot of LCMC hospital the night before. After doctors put him on a gurney, deputies asked him to get up and walk. When Plaintiff explained what happened, the deputies left and came back with a sergeant and other deputies. Plaintiff was told to walk or else he would get "fucked up." A taser was aimed at his face. Plaintiff put up his hand to block the taser. A deputy grabbed his hand and pulled him to the ground. Plaintiff was tased and punched. His hair was pulled with a foot on his neck.

Plaintiff previously filed a complaint in *Cooper v. Los Angeles County Sheriff Dep't, et al.*, CV 17-8335. The defendants in that action are LASD, Sergeant Little, Deputy Marbach, Ruis and unknown deputies.

In this prior action, Plaintiff alleges the assault in the LCMC parking lot. Plaintiff alleges that, "the very next day in Men's Central Jails R and R I was told to walk." When Plaintiff could not walk, Plaintiff was grabbed, thrown to the floor and tazed. A deputy put his foot on the back of Plaintiff's neck while pulling his hair. No one believed Plaintiff had been injured in the LCMC parking lot. (Compl. at 7.)[1]

"Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007).

---

[1] Page citations are to the page numbers assigned by CM/ECF in the header.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-921-FMO (AGR) | Date | May 15, 2018 |
|---|---|---|---|
| Title | Charles Keller Cooper, Jr. v. Unknown Deputy 1, et al. | | |

IT IS THEREFORE ORDERED that, on or before June 13, 2018, Plaintiff shall show cause in writing why the complaint in CV 18-0921 should not be dismissed without prejudice as duplicative of a claim already in case number 17-8335.

Initials of Preparer     kl